IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
DEFICIENCY MEMORANDUM

TO:  Eugene H. Matthews, Esq.

FROM:  Andrea Miner

RE:  **4:05-cv-03301-RBH-TER** Palmer v. House of Blues Myrtle Beach Restaurant Corp

DATE:  February 24, 2006

Pursuant to Rule 5, Federal Rules of Civil Procedures, the *02/23/2006 14 RESPONSE in Opposition* has been filed. However, it is deficient in the area(s) checked below:

I.  **When the deficiency noted is corrected and the document re-filed, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

   **The corrected document must not contain any changes other than to correct the deficiency noted.**

   **Response is due based on the original filing date, regardless of the deficiency noted.**

   ☐  Pleading not signed with s/Name on signature line or digital signature

   ☐  Incorrect case number listed on document filed

   ☐  Document filed in wrong case

   ☐  Document not legible

   ☐  Document signed by attorney but e-filed under another attorney's login

   ☐  Documents filed together, please separate and refile

   ☒  **Wrong Event used. Please re-file using *Reply to Response to Motion*.**

   ☐  Wrong Document Attached

II. **The document listed below should be filed using the event: "Additional Attachments"**

☐ Memorandum not filed with motion pursuant to Local Civil Rule 7.04

III. **The document listed below should not be filed electronically. It should be attached to an e-mail and sent to the appropriate filingdocs box listed below. Upon receipt of it, the Clerk will file the entry:**

☐ Summons or Waiver documents not attached to Complaint

☐ JS 44 Civil Cover Sheet

Filingdocs_ecf_cola@scd.uscourts.gov
Filingdocs_ecf_chas@scd.uscourts.gov
Filingdocs_ecf_flor@scd.uscourts.gov
Filingdocs_ecf_gren@scd.uscourts.gov

IV. **These documents should be filed using the specific event listed**:

☐ No certificate of service, use **"Certificate of Service"**

☐ No Interrogatories pursuant to Local Civil Rule 26.01. These Interrogatories must be filed immediately, use **"Local Rule 26.01 Answers to Interrogatories"**

☐ No consultation certificate pursuant to Local Civil Rule 7.02, use **"Certificate of Consultation on Motion"**

V. **Documents filed by US Probation and US Marshal:**

☐ Deficiency:

**Please correct the deficiency(ies) as noted above within one business day**.