IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Nathaniel Palmer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:05-CV-3301-RBH-TER |
| | ) | |
| House of Blues Myrtle Beach Restaurant Corp., | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     NOW COME the Plaintiff, Nathaniel Palmer, and the Defendant, House of Blues Myrtle Beach Restaurant Corp., by and through their respective counsels, and jointly stipulate to a dismissal of this case with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

     THEREFORE, the parties, and their undersigned counsel, respectfully STIPULATE to the DISMISSAL of the above-captioned action WITH PREJUDICE.

     Dated this the 27th day of November, 2006.

     Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

SPIRAKIS & HAAR, P.A.

_____
George N. Spirakis [F.I.D. No. 5398]
310 79th Avenue North
Myrtle Beach, South Carolina 29572
(843) 449-1900
Fax: (843) 497-9889

ATTORNEYS FOR DEFENDANT

RICHARDSON, PLOWDEN, CARPENTER
& ROBINSON, P.A.

_____
Eugene H. Matthews [F.I.D. No. 7141]
Post Office Drawer 7788
Columbia, South Carolina 29201
(803) 771-4400
Fax: (803) 779-0016